United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MICHAEL CONTRERAS CRUZ,<br>"Petitioner,"<br><br>v.<br><br>WARDEN, Port Isabel Service Processing Center, *et al.*,<br>*in their official capacities,*<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00723 |

**ORDER**

The Executive Office for Immigration Review's ("EOIR") Automated Case Information system shows that an Immigration Judge ("IJ") granted Petitioner voluntary departure during the pendency of the present habeas proceeding.[1] *See* Automated Case Information, EOIR, https://acis.eoir.justice.gov/en/caseInformation (last visited October 14, 2026). To facilitate the Court's review of its own subject matter jurisdiction, Respondents are **ORDERED** to submit a statement informing the Court of any developments in Petitioner's detention status on or before **October 21, 2026**.

SIGNED this October 15, 2026

Rolando Olvera
United States District Judge

[1] The Court takes judicial notice of this information from EOIR's official website. *See* FED. R. CIV. P. 201(c).